IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MDT PERSONNEL, LLC, | : | |
|     Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| FRANK MONGELLUZZI and | : | |
| ANNE MONGELLUZZI, | : | 10-5719 |
|     Defendants. | : | |

**O R D E R**

**AND NOW**, this **30th** day of **November**, **2010**, upon consideration of Defendants' motion to dismiss for lack of personal jurisdiction, Plaintiff's response thereto, following a hearing, and for the reasons stated in this Court's Memorandum dated November 30, 2010, it is hereby **ORDERED** that:

1. Defendants' motion (Document No. 14) is **DENIED**.

2. The Temporary Restraining Order of October 28, 2010 (Document No. 4) is **EXTENDED** and shall remain in full force and effect pending further order of the Court.

BY THE COURT:

*/s/ Berle M. Schiller*

**Berle M. Schiller, J.**